**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------X

AGOSTINI,

Plaintiff,

-against-

STYLIST'S OWN, LLC,

Defendant.

----------------------------------------------------------------X

**ORDER**

**25-CV-3933 (PAE) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

Plaintiff filed her complaint on May 12, 2025. Dkt. No. 1. To date, Plaintiff has not filed an affidavit of service on the docket. As a courtesy, Plaintiff has until **August 21, 2026** to file a certificate of service on the docket. Failure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

DATED: New York, New York
August 4, 2026

JENNIFER E. WILLIS
United States Magistrate Judge